# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | **6:19-PO-5043-KLD** |
| | CVB Violation No: |
| Plaintiff, | 9587227 |
| vs. | |
| | ORDER DISMISSING |
| SHANE E. LURAAS, | |
| Defendant. | |

_____

The Defendant appeared on December 5, 2019. The government moved to dismiss the above referenced violation notice. Accordingly,

**IT IS ORDERED** that violation notice 9587227 is **DISMISSED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant at 144 Day Spring Loop, Helena, MT 59601, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the disposition code in this matter.

DONE and DATED this 6th day of January, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge